# UNITED STATED DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

**OFFICE:** NEWARK  
**JUDGE** KEVIN MCNULTY  
**COURT REPORTER:** Mollie Ann Giordano  

**DATE:** January 8, 2015

**TITLE OF CASE:**  
UNITED STATES OF AMERICA  
vs.  
ROBERT NAPOLITANO  

**DOCKET # 2:14-cr-551 (KM)**

### DEFT. PRESENT

**APPEARANCES:**  
David L. Foster, AUSA for Government  
John Yauch, AFPD for Defendant  
Randi Martorano, Sr. Probation Officer  

**Nature of Proceedings:** SENTENCING ON COUNT 1 OF INFORMATION  
Imprisonment – 32 months.  
Supervised Release – 3 years with special conditions.  
Fine: $7,500.  
Special Assessment - $100.  
Defendant advised of right to appeal.  
Ordered defendant to voluntary surrender to the institution designated by, and on the date set by, the Bureau of Prisons.

Time Commenced: 10:00  
Time Adjourned:   11:00  
Total Time: 1 Hour

　　　　　　　　　　　　　　　　　　　　　　　　　　 _Nitza Creegan_  
　　　　　　　　　　　　　　　　　　　　　　　　　　 DEPUTY CLERK